| | |
|---|---|
| 1   Ryan M. Sandrock (SBN 251781) <br> rsandrock@sidley.com <br> 2   SIDLEY AUSTIN LLP <br> 555 California Street <br> 3   Suite 2000 <br> San Francisco, CA 94104 <br> 4   Telephone: +1 415 772 1200 <br> Facsimile: +1 415 772 7400 | Jonathan R. Donnellan (pro hac vice application forthcoming) <br> THE HEARST CORPORATION <br> 300 West 57th Street <br> New York, New York 10019 <br> Telephone: +1 212 649 2020 <br> Facsimile: +1 212 649 2035 |
| Richard D. Raskin (*pro hac vice*) <br> rraskin@sidley.com <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, Illinois 60603 <br> Telephone: +1 312 853 7000 <br> Facsimile: +1 312 853 7036 | Ravi V. Sitwala (pro hac vice application forthcoming) <br> THE HEARST CORPORATION <br> 300 West 57th Street <br> New York, New York 10019 <br> Telephone: +1 212 649 2006 <br> Facsimile: +1 646 280 2006 |

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
Daniel J. Hay (*pro hac vice*)
dhay@sidley.com
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157
Facsimile: +1 202 736 8711

Attorneys for Plaintiff      Attorneys for Defendant
EXELTIS USA, INC.      FIRST DATABANK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST DATABANK, INC., a Missouri Corporation, <br><br> Defendant. | Case No. 4:17-cv-04810-HSG <br><br> **STIPULATION AND ORDER REGARDING FIRST DATABANK'S CONDUCT AND BRIEFING SCHEDULE** |

STIPULATION AND ORDER REGARDING DEFENDANT'S CONDUCT AND BRIEFING SCHEDULE
CASE NO. 4:17-cv-04810-HSG

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to the following: |
| 2 | On August 17, 2017, Exeltis USA, Inc. (Exeltis) filed a Complaint (Dkt. No. 1) and Motion |
| 3 | for Preliminary Injunction (Dkt No. 3), seeking to enjoin First Databank Inc. (First Databank) from |
| 4 | changing its coding of prenatal vitamins designated by manufacturers as prescription ("Prescription |
| 5 | Prenatal Vitamins") from "F" to "O" in the Class field in First Databank's drug database. |
| 6 | On the same day, Exeltis filed a Motion to Shorten Time (Dkt No. 4) for briefing and hearing |
| 7 | on the Motion for Preliminary Injunction due to First Databank's announcement that it would make |
| 8 | this change effective September 15, 2017. In light of Exeltis's continued discussions with the FDA |
| 9 | concerning this issue, First Databank has agreed to postpone the September 15, 2017 date and the |
| 10 | parties therefore respectfully request a different schedule. |
| 11 | The parties stipulate and agree as follows: |
| 12 | 1. First Databank will maintain its current coding of "F" in the Class field for all |
| 13 | Prescription Prenatal Vitamins, including Exeltis's Prescription Prenatal Vitamins, until |
| 14 | at least December 22, 2017. |
| 15 | 2. The parties agree to cooperate with each other and the Court to maintain the status quo, |
| 16 | should the Court need additional time to decide the motion for a preliminary injunction. |
| 17 | 3. The parties will meet and confer to discuss a potential resolution of this matter. |
| 18 | 4. In light of First Databank's agreement to delay the change, Exeltis will withdraw its |
| 19 | motion to expedite a hearing and briefing schedule for its preliminary injunction motion. |
| 20 | The delay in implementation of First Databank's proposed change will further allow the |
| 21 | Court to decide Exeltis's motion for a preliminary injunction prior to First Databank's new |
| 22 | implementation date on a less expedited schedule should the case not be resolved prior to that date. |
| 23 | The parties jointly propose the following briefing and hearing schedule: |

| **Event** | **Date** |
|---|---|
| First Databank's Opposition to Exeltis's Motion for Preliminary Injunction | October 25, 2017 |
| First Databank's Response to Complaint | October 25, 2017 |
| Exeltis's Reply In Support of Motion for Preliminary Injunction | November 15, 2017 |
| Case Management Conference | November 21, 2017 (pursuant to Dkt. 21) |
| Preliminary Injunction Hearing | November 29, 2017 |

DATED: August 25, 2017

Respectfully submitted,

By: /s/ Ryan Sandrock
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Richard D. Raskin (appearance *pro hac vice*)
rraskin@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Benjamin M. Mundel (appearance *pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157
Facsimile: +1 202 736 8711

Daniel J. Hay (appearance *pro hac vice*)
dhay@sidley.com
SIDLEY AUSTIN LLP

By: /s/ Ravi Sitwala
Jonathan R. Donnellan (pro hac vice application forthcoming)
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019
Telephone: +1 212 649 2020
Facsimile: +1 212 649 2035

Ravi V. Sitwala (pro hac vice application forthcoming)
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019
Telephone: +1 212 649 2006
Facsimile: +1 646 280 2006

Attorneys for Defendant
FIRST DATABANK, INC.

1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8048
Facsimile: +1 202 736 8711

Attorneys for Plaintiff
EXELTIS USA, INC.

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order regarding First Databank's Conduct and Briefing Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED:  August 25, 2017                     SIDLEY AUTIN LLP


                                            By:/s/ Ryan Sandrock
                                               Ryan M. Sandrock


                                               Attorneys for Plaintiff
                                               EXELTIS USA, INC

# ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. The above Stipulation by the parties is GRANTED
2. The Stipulation to Extend Briefing and Hearing Schedule is GRANTED;
3. Exeltis's motion to expedite briefing and hearing (Dkt. No. 4) is DENIED as MOOT;
4. The court ORDERS the following briefing and hearing schedule:

| Event | Date |
|---|---|
| First Databank's Opposition to Exeltis's Motion for Preliminary Injunction | October 25, 2017 |
| First Databank's Response to Complaint | October 25, 2017 |
| Exeltis's Reply In Support of Motion for Preliminary Injunction | November 15, 2017 |
| Case Management Conference | November 21, 2017 (pursuant to Dkt. 21) |
| Preliminary Injunction Hearing | November 29, 2017 at 11:00 a.m. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August 28, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge