| | |
|---|---|
| Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 1200<br>Facsimile: +1 415 772 7400 | Thomas R. Burke (SBN 141930)<br>thomasburke@dwy.com<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>Telephone: +1 415 276-6500<br>Facsimile: + 1 415 276-6599 |
| Richard D. Raskin (*pro hac vice*)<br>rraskin@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: +1 312 853 7000<br>Facsimile: +1 312 853 7036 | Jonathan R. Donnellan (*pro hac vice*)<br>THE HEARST CORPORATION<br>300 West 57th Street<br>New York, New York 10019<br>Telephone: +1 212 649 2020<br>Facsimile: +1 212 649 2035 |
| Benjamin M. Mundel (*pro hac vice*)<br>bmundel@sidley.com<br>Daniel J. Hay (*pro hac vice*)<br>dhay@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K St NW<br>Washington, DC 20005<br>Telephone: +1 202 736 8157<br>Facsimile: +1 202 736 8711 | Ravi V. Sitwala (*pro hac vice*)<br>THE HEARST CORPORATION<br>300 West 57th Street<br>New York, New York 10019<br>Telephone: +1 212 649 2006<br>Facsimile: +1 646 280 2006<br><br>Attorneys for Defendant<br>FIRST DATABANK, INC. |
| Attorneys for Plaintiff<br>EXELTIS USA, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri Corporation,<br><br>Defendant. | Case No. 4:17-cv-04810-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND STRIKE** |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to the following:

On August 17, 2017, Exeltis USA, Inc. (Exeltis) filed a Complaint (Dkt. No. 1) and Motion for Preliminary Injunction (Dkt No. 3), against First Databank Inc. This motion sought to prevent First Databank from recoding Exeltis's prescription prenatal vitamins from "F" to "O".

On the same day, Exeltis filed a Motion to Shorten Time (Dkt No. 4) for briefing and hearing on its Motion for Preliminary Injunction. First Databank subsequently agreed not to implement its proposed change in coding, which was set to take effect on September 15, 2017. First Databank agreed to make no change prior to at least until December 22, 2017. The parties therefore stipulated to a briefing and hearing schedule on Plaintiffs' motion for a preliminary injunction. The Court entered the stipulated briefing schedule (Dkt. No. 23), and this mooted Plaintiff's motion to shorten time.

On October 2, 2017, Defendants filed a motion to dismiss and motion to strike. (Dkt. No. 26). The Court has set November 29, 2017 as the hearing date for this motion. (Dkt. No. 29). The parties respectfully stipulate and request to set the following briefing schedule on this motion:

| **Event** | **Date** |
|---|---|
| Plaintiffs' Response to Motion to Dismiss and Motion Strike | November 6, 2017 |
| Defendant's Reply In Support of Motion to Dismiss and Motion To Strike | November 20, 2017 |

All other hearing dates would remain the same. This schedule will permit the parties to fully brief this new motion prior to the hearing date set by the court.

If the Court grants this request, the schedule for all pending motions will be as follows:

| **Event** | **Date** |
|---|---|
| First Databank's Opposition to Exeltis's Motion for Preliminary Injunction | October 25, 2017 |
| Plaintiffs' Response to Motion to Dismiss and Motion Strike | November 6, 2017 |
| Exeltis's Reply In Support of Motion for Preliminary Injunction | November 15, 2017 |
| Defendant's Reply In Support of Motion to Dismiss and Motion To Strike | November 20, 2017 |
| Preliminary Injunction Hearing; Hearing on Motion To Dismiss and Strike | November 29, 2017 |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 9, 2017 | |
| 3 | | Respectfully submitted, |
| 4 | | |
| 5 | By:/s/ Ryan Sandrock<br>Ryan M. Sandrock (SBN 251781) | By:/s/ Ravi Sitwala<br>Jonathan R. Donnellan (*pro hac vice*) |
| 6 | rsandrock@sidley.com<br>SIDLEY AUSTIN LLP | THE HEARST CORPORATION<br>300 West 57th Street |
| 7 | 555 California Street<br>Suite 2000 | New York, New York 10019<br>Telephone: +1 212 649 2020 |
| 8 | San Francisco, CA 94104<br>Telephone: +1 415 772 1200 | Facsimile: +1 212 649 2035 |
| 9 | Facsimile: +1 415 772 7400 | Ravi V. Sitwala (pro hac vice) |
| 10 | Richard D. Raskin (appearance *pro hac vice*)<br>rraskin@sidley.com | THE HEARST CORPORATION<br>300 West 57th Street |
| 11 | SIDLEY AUSTIN LLP<br>One South Dearborn | New York, New York 10019<br>Telephone: +1 212 649 2006 |
| 12 | Chicago, Illinois 60603<br>Telephone: +1 312 853 7000 | Facsimile: +1 646 280 2006 |
| 13 | Facsimile: +1 312 853 7036 | Attorneys for Defendant |
| 14 | Benjamin M. Mundel (appearance *pro hac vice*)<br>bmundel@sidley.com | FIRST DATABANK, INC. |
| 15 | SIDLEY AUSTIN LLP<br>1501 K St NW | |
| 16 | Washington, DC 20005<br>Telephone: +1 202 736 8157 | |
| 17 | Facsimile: +1 202 736 8711 | |
| 18 | Daniel J. Hay (appearance *pro hac vice*)<br>dhay@sidley.com | |
| 19 | SIDLEY AUSTIN LLP<br>1501 K St NW | |
| 20 | Washington, DC 20005<br>Telephone: +1 202 736 8048 | |
| 21 | Facsimile: +1 202 736 8711 | |
| 22 | Attorneys for Plaintiff<br>EXELTIS USA, INC. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. The court ORDERS the following briefing and hearing schedule:

| Event | Date |
|---|---|
| First Databank's Opposition to Exeltis's Motion for Preliminary Injunction | October 25, 2017 |
| Plaintiffs' Response to Motion to Dismiss and Motion Strike | November 6, 2017 |
| Exeltis's Reply In Support of Motion for Preliminary Injunction | November 15, 2017 |
| Defendant's Reply In Support of Motion to Dismiss and Motion To Strike | November 20, 2017 |
| Preliminary Injunction Hearing; Hearing on Motion To Dismiss and Strike | November 29, 2017 |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: October 10, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge