1  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street
3  Suite 2000
   San Francisco, CA 94104
4  Telephone: +1 415 772 1200
   Facsimile: +1 415 772 7400
5
   Richard D. Raskin (*pro hac vice*)
6  rraskin@sidley.com
   SIDLEY AUSTIN LLP
7  One South Dearborn
   Chicago, Illinois 60603
8  Telephone: +1 312 853 7000
   Facsimile: +1 312 853 7036
9
   Benjamin M. Mundel (*pro hac vice*)
10 bmundel@sidley.com
   Daniel J. Hay (*pro hac vice*)
11 dhay@sidley.com
   SIDLEY AUSTIN LLP
12 1501 K St NW
   Washington, DC 20005
13 Telephone: +1 202 736 8157
   Facsimile: +1 202 736 8711
14
   Attorneys for Plaintiff
15 EXELTIS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation, | Case No. 4:17-cv-04810-HSG |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| vs. | |
| FIRST DATABANK, INC., a Missouri Corporation, | |
| Defendant. | |

1     The Court having considered Plaintiff Exeltis USA, Inc.'s Unopposed Administrative Motion to Remove Incorrectly Filed Document, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Plaintiff Exeltis USA, Inc.'s Unopposed Administrative Motion to Remove Incorrectly Filed Document is GRANTED. The document previously filed as ECF No. 35-5 will be removed, and will be replaced with the document subsequently filed as ECF No. 38.

**IT IS SO ORDERED**

November 13, 2017

The Hon. Haywood S. Gilliam, Jr.
U.S. District Judge