1 | Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
2 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
3 | San Francisco, CA 94104
Telephone: +1 415 772 1200
4 | Facsimile: +1 415 772 7400

5 | Richard D. Raskin (*pro hac vice)*
rraskin@sidley.com
6 | SIDLEY AUSTIN LLP
One South Dearborn
7 | Chicago, Illinois 60603
Telephone: +1 312 853 7000
8 | Facsimile: +1 312 853 7036

9 | Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
10 | Daniel J. Hay (*pro hac vice*)
dhay@sidley.com
11 | SIDLEY AUSTIN LLP
1501 K St NW
12 | Washington, DC 20005
Telephone: +1 202 736 8157
13 | Facsimile: +1 202 736 8711

14 | Attorneys for Plaintiff
EXELTIS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EXELTIS USA, INC., a New Jersey Corporation, | Case No. 4:17-cv-04810-HSG |
|---|---|
| Plaintiff, | Assigned to the Hon. Haywood S. Gilliam, Jr. |
| v. | **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| FIRST DATABANK, INC., a Missouri Corporation, | |
| Defendant. | |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**: |
| 2 | Pursuant to Local Civil Rule 16-10(a), Plaintiff Exeltis USA, Inc. respectfully requests that |
| 3 | this Court grant permission for Benjamin M. Mundel of Sidley Austin, LLP, lead trial counsel for |
| 4 | Plaintiff, to appear by telephone for the Case Management Conference currently scheduled for |
| 5 | March 20, 2018, at 2:00 p.m. |
| 6 | In support of this request, undersigned counsel represents that (1) Mr. Mundel will be in trial |
| 7 | in Washington, D.C. on March 20, 2018, (2) Mr. Mundel's co-counsel, Ryan M. Sandrock, will |
| 8 | appear in person at the Case Management Conference; (3) counsel for Defendant First Databank has |
| 9 | been consulted and does not object to the request; and (4) Plaintiff's request is made seven (7) days |
| 10 | in advance of the Case Management Conference, in accordance with Local Civil Rule 16-10. |
| 11 | WHEREFORE, Plaintiff respectfully requests leave of Court for Benjamin M. Mundel to |
| 12 | appear by telephone for the March 20, 2018 Case Management Conference. |

Date:  March 13, 2018

Respectfully submitted,

By: /s/ Ryan M. Sandrock
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Richard D. Raskin (*pro hac vice*)
rraskin@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
Daniel J. Hay (*pro hac vice*)
dhay@sidley.com
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157

Facsimile: +1 202 736 8711

*Attorneys for Plaintiff*
EXELTIS USA, INC.

## Order

Plaintiff's request for Benjamin M. Mundel to appear by telephone for the Case Management Conference scheduled for March 20, 2018, at 2:00 p.m. is hereby GRANTED. Counsel shall contact CourtCall to make arrangements for the telephonic appearance. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED:**

Dated: March 16, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge