| | |
|---|---|
| Ryan M. Sandrock (SBN 251781) | Thomas R. Burke (SBN 141930) |
| rsandrock@sidley.com | thomasburke@dwy.com |
| SIDLEY AUSTIN LLP | DAVIS WRIGHT TREMAINE LLP |
| 555 California Street | 505 Montgomery Street, Suite 800 |
| Suite 2000 | San Francisco, CA 94111-6533 |
| San Francisco, CA 94104 | Telephone: +1 415 276-6500 |
| Telephone: +1 415 772 1200 | Facsimile: + 1 415 276-6599 |
| Facsimile: +1 415 772 7400 | |
| | |
| Richard D. Raskin (*pro hac vice)* | Jonathan R. Donnellan (*pro hac vice*) |
| rraskin@sidley.com | THE HEARST CORPORATION |
| SIDLEY AUSTIN LLP | 300 West 57th Street |
| One South Dearborn | New York, New York 10019 |
| Chicago, Illinois 60603 | Telephone: +1 212 649 2020 |
| Telephone: +1 312 853 7000 | Facsimile: +1 212 649 2035 |
| Facsimile: +1 312 853 7036 | |
| | |
| Benjamin M. Mundel (*pro hac vice*) | Ravi V. Sitwala (*pro hac vice*) |
| bmundel@sidley.com | THE HEARST CORPORATION |
| Daniel J. Hay (*pro hac vice*) | 300 West 57th Street |
| dhay@sidley.com | New York, New York 10019 |
| SIDLEY AUSTIN LLP | Telephone: +1 212 649 2006 |
| 1501 K St NW | Facsimile: +1 646 280 2006 |
| Washington, DC 20005 | |
| Telephone: +1 202 736 8157 | Attorneys for Defendant |
| Facsimile: +1 202 736 8711 | FIRST DATABANK, INC. |

Attorneys for Plaintiff
EXELTIS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation,<br><br>Defendant. | Case No. 4:17-cv-04810-HSG<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY SCHEDULE** |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to the following:

At the Court's direction, Dkt. 74, the parties filed separate, proposed discovery scheduling orders, *see* Dkt. 73 (Exeltis), 75 (First Databank). Following additional discussions, including with the Court's ADR program, and upon consideration of the needs of this case, the parties have agreed to the below schedule. If it meets with the Court's approval, the parties request that the Court enter the attached order setting the following deadlines:

| **Event** | **Date** |
|---|---|
| Completion of private mediation | June 29, 2018 |
| Close of fact discovery | September 21, 2018 |
| Expert disclosures for issues on which the proponent bears the burden of proof | October 1, 2018 |
| Rebuttal expert disclosures | November 2, 2018 |
| Close of expert discovery | November 16, 2018 |
| Summary judgment motions | December 7, 2018 |

In order to facilitate a meaningful mediation, First Databank has also agreed to delay its coding change of products at issue in this litigation. It will not announce any such change until July 13, 2018 and will provide an additional 30 days of notice from any such announcement before implementing any such change.

DATED: May 1, 2018

Respectfully submitted,

By: /s/ Benjamin M. Mundel
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157
Facsimile: +1 202 736 8711

*Attorney for Exeltis USA, Inc.*

By: /s/Ravi v. Sitwala
Ravi V. Sitwala (*pro hac vice*)
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019
Telephone: +1 212 649 2006
Facsimile: +1 646 280 2006

*Attorney for First Databank, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Discovery Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: May 1, 2018                          SIDLEY AUSTIN LLP

                                                     By:  /s/ Benjamin M. Mundel
                                                             Benjamin M. Mundel
                                                            Attorney for Exeltis USA, Inc.

# ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. The above stipulation is GRANTED

2. The Court ORDERS the following discovery schedule:

| Event | Date |
| --- | --- |
| Completion of private mediation | June 29, 2018 |
| Close of fact discovery | September 21, 2018 |
| Expert disclosures for issues on which the proponent bears the burden of proof | October 1, 2018 |
| Rebuttal expert disclosures | November 2, 2018 |
| Close of expert discovery | November 16, 2018 |
| Summary judgment motions | December 7, 2018 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 1, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge