| | |
|---|---|
| Ryan M. Sandrock (SBN 251781) | Thomas R. Burke (SBN 141930) |
| rsandrock@sidley.com | thomasburke@dwy.com |
| SIDLEY AUSTIN LLP | DAVIS WRIGHT TREMAINE LLP |
| 555 California Street | 505 Montgomery Street, Suite 800 |
| Suite 2000 | San Francisco, CA 94111-6533 |
| San Francisco, CA 94104 | Telephone: +1 415 276-6500 |
| Telephone: +1 415 772 1200 | Facsimile: + 1 415 276-6599 |
| Facsimile: +1 415 772 7400 | |
| | |
| Richard D. Raskin (*pro hac vice)* | Jonathan R. Donnellan (*pro hac vice*) |
| rraskin@sidley.com | THE HEARST CORPORATION |
| SIDLEY AUSTIN LLP | 300 West 57th Street |
| One South Dearborn | New York, New York  10019 |
| Chicago, Illinois 60603 | Telephone: +1 212 649 2020 |
| Telephone: +1 312 853 7000 | Facsimile: +1 212 649 2035 |
| Facsimile: +1 312 853 7036 | |
| | |
| Benjamin M. Mundel (*pro hac vice*) | Ravi V. Sitwala (*pro hac vice*) |
| bmundel@sidley.com | THE HEARST CORPORATION |
| Daniel J. Hay (*pro hac vice*) | 300 West 57th Street |
| dhay@sidley.com | New York, New York  10019 |
| SIDLEY AUSTIN LLP | Telephone: +1 212 649 2006 |
| 1501 K St NW | Facsimile: +1 646 280 2006 |
| Washington, DC 20005 | |
| Telephone: +1 202 736 8157 | Attorneys for Defendant |
| Facsimile: +1 202 736 8711 | FIRST DATABANK, INC. |
| | |
| Attorneys for Plaintiff | |
| EXELTIS USA, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation, | Case No. 4:17-cv-04810-HSG |
| Plaintiff, | **STIPULATED REQUEST TO MOVE HEARING DATE FROM OCTOBER 1 TO SEPTEMBER 28 OR OCTOBER 2** |
| v. | |
| FIRST DATABANK, INC., a Missouri Corporation, | |
| Defendant. | |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to the following:

On September 18, 2018, the Court set a hearing on Defendant First Databank, Inc.'s ("First Databank") Emergency Motion for a Protective Order Staying Discovery, ECF 92 ("Motion to Stay") and First Databank's Motion to Dismiss as Moot, ECF 89 ("Motion to Dismiss) for October 1, 2018.

Counsel for Exeltis has a longstanding professional commitment scheduled for October 1, 2018 in New Jersey and therefore respectfully requests that the hearing be rescheduled if possible. Counsel for Exeltis has conferred with counsel for First Databank and the parties have checked the Court's calendar. Both parties are available for a hearing on October 2 and September 28. They are also available October 5 and October 8-12, but recognize that the Court's calendar indicates it is not available then.

Counsel for Exeltis apologizes to the Court for the inconvenience. This request will not impact any other deadline in the case.

Date: September 18, 2018            Respectfully submitted,

By: /s/ Benjamin M. Mundel
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157
Facsimile: +1 202 736 8711

*Attorney for Exeltis USA, Inc.*

By: /s/Ravi v. Sitwala
Ravi V. Sitwala (*pro hac vice*)
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019
Telephone: +1 212 649 2006
Facsimile: +1 646 280 2006

*Attorney for First Databank, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Briefing Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: September 18, 2018                     SIDLEY AUSTIN LLP

                                              By: /s/ Benjamin M. Mundel
                                                  Benjamin M. Mundel
                                                  Attorney for Exeltis USA, Inc.

**ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. The previously scheduled hearing on First Databank's Emergency Motion for a Protective Order Staying Discovery and First Databank's Motion to Dismiss is reset for October 2, 2018 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 19, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge