# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

EXELTIS USA, INC.,

                Plaintiff,

vs.

FIRST DATABANK, INC.,

                Defendant.

Case No. 4:17-cv-04810-HSG

**STIPULATION AND ORDER REGARDING SCHEDULE**

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

1. The above stipulation is GRANTED; and

2. The Court ORDERS the following discovery schedule:

| Event | Date |
|---|---|
| Written discovery requests (other than limited follow-up) | October 18, 2018 (RFPs) <br><br> December 14, 2018 (Interrogatories, RFAs) |
| Substantially complete production on Exeltis' 1st RFP, 2nd RFP, and FDB's 1st RFP | October 26, 2018 |
| Completion of all other RFPs & supplemental collections | November 21, 2018 |
| Depositions | November 26, 2018 through January 15, 2019 |
| Close of Fact Discovery | January 15, 2019 |
| Expert Disclosures | February 15, 2019 |
| Rebuttal Expert Disclosures | March 5, 2019 |
| Close of Expert Discovery | March 15, 2019 |
| Summary Judgment Motions | March 22, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 17, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge