| | |
|---|---|
| Ryan M. Sandrock (SBN 251781) <br> rsandrock@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street <br> Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: +1 415 772 1200 <br> Facsimile: +1 415 772 7400 | Thomas R. Burke (SBN 141930) <br> thomasburke@dwy.com <br> DAVIS WRIGHT TREMAINE LLP <br> 505 Montgomery Street, Suite 800 <br> San Francisco, CA 94111-6533 <br> Telephone: +1 415 276-6500 <br> Facsimile: + 1 415 276-6599 |
| Richard D. Raskin (*pro hac vice*) <br> rraskin@sidley.com <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, Illinois 60603 <br> Telephone: +1 312 853 7000 <br> Facsimile: +1 312 853 7036 | Jonathan R. Donnellan (*pro hac vice*) <br> jdonellan@hearst.com <br> Ravi V. Sitwala (*pro hac vice*) <br> rsitwala@hearst.com <br> THE HEARST CORPORATION <br> 300 West 57th Street <br> New York, New York 10019 <br> Telephone: +1 212 649 2006 <br> Facsimile: +1 646 280 2006 |
| Benjamin M. Mundel (*pro hac vice*) <br> bmundel@sidley.com <br> Daniel J. Hay (*pro hac vice*) <br> dhay@sidley.com <br> SIDLEY AUSTIN LLP <br> 1501 K St NW <br> Washington, DC 20005 <br> Telephone: +1 202 736 8157 <br> Facsimile: +1 202 736 8711 | Attorneys for Defendant <br> FIRST DATABANK, INC. |

Attorneys for Plaintiff
EXELTIS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation, <br><br> Defendant. | Case No. 4:17-cv-04810-HSG <br><br> **STIPULATION AND ORDER REGARDING SCHEDULE** |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to the following:

Pursuant to stipulation, the Court entered a discovery schedule on May 1, 2018. Pursuant to stipulation the Court entered an amended discovery schedule on July 27, 2018. Pursuant to stipulation, on October 17, 2018, the Court entered a revised scheduling order with fact discovery to complete by January 15, 2019. Prior to this cut-off date, the parties agreed to permit fact depositions to take place beyond the deadline and have since schedule depositions. Depositions are currently scheduled to take place through March 22, 2019, with a few additional depositions (including both Parties' Rule 30(b)(6) depositions and Defendant employee depositions) yet to be scheduled.

Since the Court entered the scheduling order, First Databank announced that it would further delay implementation of its plan to recode the products at issue in this case until October 1, 2019. As a result, the exigency requiring the accelerated schedule proposed in October has lessened slightly, and the parties are amenable to a short extension of the schedule.

The Parties have met and conferred about the current schedule and hereby stipulate to, and ask the Court to enter, the following revisions to the scheduling order:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Depositions | November 26, 2018, to January 15, 2019 | November 26, 2018, to April 5, 2019 |
| Expert Disclosures | February 15, 2019 | May 3, 2019 |
| Rebuttal Expert Disclosures | March 5, 2019 | May 17, 2019 |
| Close of Expert Discovery | March 15, 2019 | May 31, 2019 |
| Summary Judgment Motions | March 22, 2019 | June 12, 2019 |

DATED: January 18, 2019

Respectfully submitted,

By: /s/ Benjamin M. Mundel
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157
Facsimile: +1 202 736 8711

*Attorney for Exeltis USA, Inc.*

By: /s/Ravi v. Sitwala
Ravi V. Sitwala (*pro hac vice*)
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019
Telephone: +1 212 649 2006
Facsimile: +1 646 280 2006

*Attorney for First Databank, Inc.*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Briefing Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: January 18, 2019

SIDLEY AUSTIN LLP

By: /s/ Benjamin M. Mundel
Benjamin M. Mundel
Attorney for Exeltis USA, Inc.

# ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. The above stipulation is GRANTED.
2. The Court ORDERS the following schedule:

| Event | Proposed Date |
|---|---|
| Fact Depositions | November 26, 2018, to April 5, 2019 |
| Expert Disclosures | May 3, 2019 |
| Rebuttal Expert Disclosures | May 17, 2019 |
| Close of Expert Discovery | May 31, 2019 |
| Summary Judgment Motions | June 12, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 22, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge