Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Richard D. Raskin (*pro hac vice)*
rraskin@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
Jacquelyn E. Fradette (*pro hac vice*)
jfradette@sidley.com
Daniel J. Hay (*pro hac vice*)
dhay@sidley.com
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157
Facsimile: +1 202 736 8711

Attorneys for Plaintiff
EXELTIS USA, INC.

Thomas R. Burke (SBN 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: +1 415 276-6500
Facsimile: + 1 415 276-6599

Jonathan R. Donnellan (*pro hac vice*)
THE HEARST CORPORATION
300 West 57th Street
New York, New York  10019
Telephone: +1 212 649 2020
Facsimile: +1 212 649 2035

Ravi V. Sitwala (*pro hac vice*)
THE HEARST CORPORATION
300 West 57th Street
New York, New York  10019
Telephone: +1 212 649 2006
Facsimile: +1 646 280 2006

Attorneys for Defendant
FIRST DATABANK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation, | Case No. 4:17-cv-04810-HSG-SK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SCHEDULE** |
| v. | |
| FIRST DATABANK, INC., a Missouri Corporation, | |
| Defendant. | |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to the following:

On February 8, 2019, the parties filed a joint discovery letter with Magistrate Judge Kim regarding Exeltis's request for First Databank to add additional custodians and search terms to its discovery protocol. ECF 133. Following a hearing, Judge Kim granted Exeltis's request in part and ordered First Databank to review and produce documents from three additional custodians. ECF 144. Pursuant to Judge Kim's order, the parties have agreed on a schedule for First Databank to produce documents from these additional custodians; specifically, First Databank has agreed to make rolling production of documents to be completed by April 15. As a result of these supplemental productions, it became necessary to reschedule certain depositions of First Databank employees. Those depositions are now scheduled and will be completed by May 1.

In light of the slight enlargement of time necessary to complete fact depositions, the parties respectfully request that the Court enter the attached order setting forth the following revised discovery and briefing schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | May 3, 2019 | May 17, 2019 |
| Rebuttal Expert Disclosures | May 17, 2019 | May 28, 2019 |
| Close of Expert Discovery | May 31, 2019 | June 12, 2019 |
| Summary Judgment Motions | June 12, 2019 | June 21, 2019 |
| Summary Judgment Oppositions | [Unscheduled] | July 26, 2019 |
| Summary Judgment Replies | [Unscheduled] | August 9, 2019 |

On May 1, 2018, the Court entered a stipulated discovery schedule. *See* ECF 82. Pursuant to stipulations, the Court has entered amended discovery schedules on July 27, 2018; October 17, 2018; and January 22, 2019. *See* ECF 86, 111, 122.

DATED: March 21, 2019

Respectfully submitted,

By: /s/ Benjamin M. Mundel
*Attorney for Exeltis USA, Inc.*

By: /s/Ravi v. Sitwala
*Attorney for First Databank, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Briefing Schedule.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED:  March 21, 2019                              SIDLEY AUSTIN LLP

By:  /s/ Benjamin M. Mundel
Benjamin M. Mundel
Attorney for Exeltis USA, Inc.

# ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1.    The above stipulation is GRANTED.

2.    The Court ORDERS the following schedule:

| Event | Proposed Date |
|---|---|
| Initial Expert Disclosures | May 17, 2019 |
| Rebuttal Expert Disclosures | May 28, 2019 |
| Close of Expert Discovery | June 12, 2019 |
| Summary Judgment Motions | June 21, 2019 |
| Summary Judgment Oppositions | July 26, 2019 |
| Summary Judgment Replies | August 9, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  March 22, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge