| | |
|---|---|
| Ryan M. Sandrock (SBN 251781) <br> rsandrock@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street <br> Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: +1 415 772 1200 <br> Facsimile: +1 415 772 7400 <br><br> Richard D. Raskin (*pro hac vice*) <br> rraskin@sidley.com <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, Illinois 60603 <br> Telephone: +1 312 853 7000 <br> Facsimile: +1 312 853 7036 <br><br> Benjamin M. Mundel (*pro hac vice*) <br> bmundel@sidley.com <br> Daniel J. Hay (*pro hac vice*) <br> dhay@sidley.com <br> SIDLEY AUSTIN LLP <br> 1501 K St NW <br> Washington, DC 20005 <br> Telephone: +1 202 736 8157 <br> Facsimile: +1 202 736 8711 <br><br> Attorneys for Plaintiff <br> EXELTIS USA, INC. | Thomas R. Burke (SBN 141930) <br> thomasburke@dwy.com <br> DAVIS WRIGHT TREMAINE LLP <br> 505 Montgomery Street, Suite 800 <br> San Francisco, CA 94111-6533 <br> Telephone: +1 415 276-6500 <br> Facsimile: + 1 415 276-6599 <br><br> Jonathan R. Donnellan (*pro hac vice*) <br> jdonellan@hearst.com <br> Ravi V. Sitwala (*pro hac vice*) <br> rsitwala@hearst.com <br> THE HEARST CORPORATION <br> 300 West 57th Street <br> New York, New York 10019 <br> Telephone: +1 212 649 2006 <br> Facsimile: +1 646 280 2006 <br><br> Attorneys for Defendant <br> FIRST DATABANK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation, <br><br> Defendant. | Case No. 4:17-cv-04810-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND HEARING** |

The parties hereby stipulate to the following:

On February 28, 2019, Plaintiff filed a motion to amend its complaint. Dkt. 149.

On March 14, 2019, Defendant opposed this motion. Dkt. 153.

The Court scheduled a hearing for this motion for May 30, 2019.

First Databank agrees to withdraw its opposition to Exeltis's motion to amend its complaint and stipulates to the filing of the amended complaint under Rule 15.

In light of this stipulation, the parties consent to removing the hearing scheduled for May 30, 2019 from the Court's calendar.

By the upcoming summary judgment deadline, First Databank intends to file a motion for summary judgment addressing all claims in the amended complaint, in lieu of filing an answer or other motion.

Exeltis agrees that First Databank's summary judgment motion would serve as a timely response to the amended complaint.

DATED: May 23, 2019

Respectfully submitted,

By: /s/ Benjamin M. Mundel
Benjamin M. Mundel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K St NW
Washington, DC 20005
Telephone: +1 202 736 8157
Facsimile: +1 202 736 8711

*Attorney for Exeltis USA, Inc.*

By: /s/Ravi v. Sitwala
Ravi V. Sitwala (*pro hac vice*)
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019
Telephone: +1 212 649 2006
Facsimile: +1 646 280 2006

*Attorney for First Databank, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: May 23, 2019                     SIDLEY AUSTIN LLP

                                                By: /s/ Benjamin M. Mundel
                                                      Benjamin M. Mundel
                                                      Attorney for Exeltis USA, Inc.

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. Plaintiff's motion to amend its complaint, DKT 149 is GRANTED.
2. The hearing scheduled for May 30, 2019 is vacated

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 5/24/2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge