1    THOMAS R. BURKE (State Bar No. 141930)
      thomasburke@dwt.com
2    DAVIS WRIGHT TREMAINE LLP
      505 Montgomery Street, Suite 800
3    San Francisco, California 94111-6533
      Telephone:   (415) 276-6500
4    Facsimile:     (415) 276-6599

5    JONATHAN R. DONNELLAN (pro hac vice)
      jdonnellan@hearst.com
6    RAVI V. SITWALA (pro hac vice)
      rsitwala@hearst.com
7    SARAH S. PARK (pro hac vice)
      Sarah.Park@hearst.com
8    NATHANIEL BOYER (pro hac vice)
      Nathaniel.Boyer@hearst.com
9    **THE HEARST CORPORATION**
      300 West 57th Street
10   New York, New York 10019-3792
      Telephone: (212) 841-7000
11   Facsimile: (212) 554-7000

      Attorneys for Defendant
12   FIRST DATABANK, INC.

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

**OAKLAND DIVISION**

16

17    EXELTIS USA, INC.,                  )   Case No. 4:17-cv-04810-HSG
18                                 )   **[PROPOSED] ORDER GRANTING**
               Plaintiff,       )   **UNOPPOSED ADMINISTRATIVE**
19                                 )   **MOTION FOR LEAVE TO EXCEED**
       vs.                        )   **PAGE LIMITS FOR MOTION FOR**
20                                 )   **SUMMARY JUDGMENT AND**
      FIRST DATABANK, INC.,      )   **PLAINTIFF'S OPPOSITION TO**
21                                 )   **MOTION**
             Defendant.      )
22                                 )
                                )
23                                 )
                                )
24                                 )
                                )
25    _____ )

26

27

28

Pending before the Court is the Unopposed Administrative Motion for Leave to Exceed Page Limits for Defendant's Motion for Summary Judgment and Plaintiff Exeltis USA, Inc. ("Plaintiff")'s Opposition to Defendant's Motion for Summary Judgment. Having considered the papers, IT IS HEREBY ORDERED THAT the Administrative Motion is GRANTED as follows:

1.     Defendant First Databank, Inc. may file a Motion for Summary Judgment of up to 35 pages.

2.     Plaintiff Exeltis USA, Inc. may file an Opposition to Defendant's Motion for Summary Judgment of up to 35 pages.


**IT IS SO ORDERED**.


Dated:     6/18/2019

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE