| | |
|---|---|
| Ryan M. Sandrock (SBN 251781) | Thomas R. Burke (SBN 141930) |
| rsandrock@sidley.com | thomasburke@dwt.com |
| SIDLEY AUSTIN LLP | DAVIS WRIGHT TREMAINE LLP |
| 555 California Street | 505 Montgomery Street, Suite 800 |
| Suite 2000 | San Francisco, CA 94111-6533 |
| San Francisco, CA 94104 | Telephone: +1 415 276-6500 |
| Telephone: +1 415 772 1200 | Facsimile: + 1 415 276-6599 |
| Facsimile: +1 415 772 7400 | |
| | |
| Richard D. Raskin (*pro hac vice*) | Jonathan R. Donnellan (*pro hac vice*) |
| rraskin@sidley.com | THE HEARST CORPORATION |
| SIDLEY AUSTIN LLP | 300 West 57th Street |
| One South Dearborn | New York, New York 10019 |
| Chicago, Illinois 60603 | Telephone: +1 212 649 2020 |
| Telephone: +1 312 853 7000 | Facsimile: +1 212 649 2035 |
| Facsimile: +1 312 853 7036 | |
| | |
| Benjamin M. Mundel (*pro hac vice*) | Ravi V. Sitwala (*pro hac vice*) |
| bmundel@sidley.com | THE HEARST CORPORATION |
| Jacquelyn E. Fradette (*pro hac vice*) | 300 West 57th Street |
| jfradette@sidley.com | New York, New York 10019 |
| Daniel J. Hay (*pro hac vice*) | Telephone: +1 212 649 2006 |
| dhay@sidley.com | Facsimile: +1 646 280 2006 |
| SIDLEY AUSTIN LLP | |
| 1501 K St NW | Attorneys for Defendant |
| Washington, DC 20005 | FIRST DATABANK, INC. |
| Telephone: +1 202 736 8157 | |
| Facsimile: +1 202 736 8711 | |

Attorneys for Plaintiff
EXELTIS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation, | Case No. 4:17-cv-04810-HSG-SK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE** |
| v. | |
| FIRST DATABANK, INC., a Missouri Corporation, | |
| Defendant. | |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby stipulate to the following:

On June 21, 2019, First Databank filed a motion for summary judgment and motions to exclude the testimony of two expert witnesses offered by Exeltis. *See* ECF 168–70. By the Court's prior order, Exeltis's opposition to the motion for summary judgment is due on July 26, 2019, *see* ECF 155; and under Local Rule 7-3(a), Exeltis's oppositions to the two motions to exclude are due on July 5, 2019. All three motions are noticed for November 7, 2019.

To provide both parties sufficient time to brief these matters, the parties respectfully request that the Court extend the deadline for Exeltis to respond to all three motions to **August 16, 2019**; and additionally for the Court to extend First Databank's deadline to file any replies in support of these motions to **September 20, 2019**.

On May 1, 2018, the Court entered a stipulated discovery schedule. *See* ECF 82. Pursuant to stipulations, the Court has entered amended discovery schedules on July 27, 2018; October 17, 2018; January 22, 2019; and March 22, 2019. *See* ECF 86, 111, 122, 155.

DATED: June 27, 2019

Respectfully submitted,

By: /s/ Benjamin M. Mundel
*Attorney for Exeltis USA, Inc.*

By: /s/Ravi v. Sitwala
*Attorney for First Databank, Inc.*

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Briefing Schedule. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: June 28, 2019

SIDLEY AUSTIN LLP

By: /s/ Benjamin M. Mundel
    Benjamin M. Mundel
    Attorney for Exeltis USA, Inc.

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing, it is hereby ORDERED as followed:

1. The above stipulation is GRANTED.
2. The Court ORDERS the following schedule:

| Event | Proposed Date |
|---|---|
| Exeltis's deadline to respond to First Databank's three pending motions ECF 168–70 | August 16, 2019 |
| First Databank's deadline to file replies in support of these three pending motions ECF 168–70 | September 20, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 28, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge