UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXELTIS USA INC.,<br><br>   Plaintiff,<br><br> v.<br><br>FIRST DATABANK, INC.,<br><br>   Defendant. | Case No. 17-cv-04810-HSG<br><br>**ORDER DENYING MOTION FOR RELIEF**<br><br>Re: Dkt. No. 173 |

Defendant First Databank, Inc. moved for relief from Magistrate Judge Kim's non-dispositive pre-trial order, Dkt. No. 164, denying its motion to compel and granting Plaintiff Exeltis USA, Inc.'s motion for a protective order. *See* Dkt. No. 173. Exeltis did not oppose.

A pretrial order by a magistrate judge will be reversed only if it "is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). First Databank has not proffered any new case law or supplied any real argument for why it believes Judge Kim's order was clearly erroneous or contrary to law. To the contrary, the Court finds Judge Kim's order to be carefully researched, well-reasoned, and thorough. Thus, the Court affirms the non-dispositive order because it is not "clearly erroneous or contrary to law." *See Grimes v. City & Cty. of S.F.*, 951 F.2d 236, 240 (9th Cir. 1991). Accordingly, First Databank's motion for relief from Judge Kim's non-dispositive pretrial order is **DENIED**.

  **IT IS SO ORDERED.**

Dated: 7/19/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge