# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

EXELTIS USA, INC.,

    Plaintiff,

vs.

FIRST DATABANK, INC.,

    Defendant.

Case No. 4:17-cv-04810-HSG

**ORDER REGARDING DECLARATION PURSUANT TO LOCAL RULE 79-5(E)**

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

1. The above stipulation is GRANTED; and
2. The Court ORDERS that Defendant First Databank, Inc.'s declaration(s) in support of Plaintiff Exeltis USA, Inc.'s Administrative Motion to File Under Seal Exeltis's Opposition to Motion for Summary Judgment and Certain Exhibits (ECF No. 179) is due on September 11, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/21/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge