THOMAS R. BURKE (State Bar No. 141930)
  thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599

JONATHAN R. DONNELLAN (pro hac vice)
  jdonnellan@hearst.com
RAVI V. SITWALA (pro hac vice)
  rsitwala@hearst.com
SARAH S. PARK (pro hac vice)
  Sarah.Park@hearst.com
NATHANIEL BOYER (pro hac vice)
  Nathaniel.Boyer@hearst.com
**THE HEARST CORPORATION**
300 West 57th Street
New York, New York 10019-3792
Telephone: (212) 841-7000
Facsimile: (212) 554-7000

Attorneys for Defendant
FIRST DATABANK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST DATABANK, INC., <br><br> Defendant. | Case No. 4:17-cv-04810-HSG <br><br> **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Pending before the Court is the Unopposed Administrative Motion for Leave to Exceed Page Limits for Defendant's Reply in Support of Its Motion for Summary Judgment. Having considered the papers, IT IS HEREBY ORDERED THAT the Administrative Motion is GRANTED as follows:

1. Defendant First Databank, Inc. may file a Reply in Support of Its Motion for Summary Judgment of up to 20 pages.

**IT IS SO ORDERED**.

Dated: 9/13/2019

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE