# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

EXELTIS USA, INC.,

                    Plaintiff,

     vs.

FIRST DATABANK, INC.,

                  Defendant.

) Case No. 4:17-cv-04810-HSG
)
) **[PROPOSED] ORDER EXTENDING**
) **DEADLINE FOR PLAINTIFF'S**
) **OPPOSITION TO, AND TO SHORTEN**
) **THE TIME FOR THE HEARING ON,**
) **THE MOTION TO EXCLUDE THE**
) **EXPERT REPORT AND TESTIMONY**
) **OF KATHRYN M. REXRODE**
)
)

## **[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED as follows:

1.    The above stipulation is GRANTED; and

2.    The Court ORDERS that the deadline for Plaintiff Exeltis USA, Inc. ("Exeltis") to file and serve its opposition to Defendant First Databank, Inc. ("First Databank")'s motion to exclude the expert report and testimony of Kathryn M. Rexrode, *see* ECF No. 190 (the "Rexrode Motion"), is extended from October 4, 2019 to and through October 11, 2019.

3.    The Court ORDERS that First Databank must submit its reply, if any, in further support of the Rexrode Motion by October 18, 2019.

4.    The Rexrode Motion is set for hearing on November 7, 2019 at 2 p.m. in Courtroom 2 of the United States District Court for the Northern District of California, Oakland Division, located in the United States Courthouse at 1301 Clay Street, Oakland, California 94612, at which time and place the Rexrode Motion will be heard together with the First Databank's motion for summary judgment, *see* ECF No. 168, motion to exclude the expert report and testimony of

J. Kevin Gorospe, *see* ECF No. 169, and motion to exclude the expert report and testimony of Norman Smith, *see* ECF No. 170.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October  4 , 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

[PROPOSED] ORDER REGARDING REXRODE MOTION DEADLINES AND HEARING
CASE NO. 4:17-cv-04810-HSG