UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXELTIS USA INC., <br> Plaintiff, <br> v. <br> FIRST DATABANK, INC., <br> Defendant. | Case No. 17-cv-04810-HSG <br><br> **ORDER DENYING ADMINISTRATIVE MOTION AND CONTINUING HEARING** <br><br> Re: Dkt. No. 196 |

Pending before the Court is Plaintiff Exeltis USA Inc.'s administrative motion to continue the hearing on November 7, 2019, to February 27, 2020. *See* Dkt. No. 196. Defendant's motion for summary judgment, *see* Dkt. No. 168, as well as several motions to exclude expert reports, *see* Dkt. Nos. 169, 170, 190, are all set to be heard on November 7. Plaintiff reasons that there is good cause to delay the hearing on these motions because on October 14, 2019, Defendant First Databank, Inc. implemented a coding change to most of Plaintiff's prescription prenatal vitamins in Defendant's database. *See id.* at 1–2. Plaintiff suggests that delaying the hearing will allow the parties "to obtain evidence on th[e] key issue of causation" regarding whether the coding change actually leads to denials in coverage. *See id.* at 2–4. Defendant opposes this motion. *See* Dkt. No. 198.

//
//
//
//
//
//

The Court finds that Plaintiff has not established good cause to continue the hearing date to February. There is neither a pending motion pursuant to Federal Rule of Civil Procedure 56(d) nor a motion to reopen discovery, which closed in June 2019.

Based on the Court's calendar, the motions previously scheduled for November 7, 2019, are **CONTINUED** to Wednesday, December 18, 2019, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 1, 2019

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge