UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXELTIS USA INC., <br>     Plaintiff, <br> v. <br> FIRST DATABANK, INC., <br>     Defendant. | Case No. 17-cv-04810-HSG <br><br> **ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL** <br> Re: Dkt. Nos. 167, 179, |

Pending before the Court are the parties' administrative motions to file under seal portions of documents in connection with motions for summary judgment and *Daubert* motions. The Court **GRANTS IN PART** and **DENIES IN PART** the motions for the reasons described below.

**I.  LEGAL STANDARD**

Courts generally apply a "compelling reasons" standard when considering motions to seal documents. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). "This standard derives from the common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Id.* (quoting *Kamakana*, 447 F.3d at 1178). "[A] strong presumption in favor of access is the starting point." *Kamakana*, 447 F.3d at 1178 (quotations omitted). To overcome this strong presumption, the party seeking to seal a judicial record attached to a dispositive motion must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process" and "significant public events." *Id.* at 1178–79 (quotations omitted). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a

vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.*

Civil Local Rule 79-5 supplements the "compelling reasons" standard. The party seeking to file under seal must submit "a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law . . . . The request must be narrowly tailored to seek sealing only of sealable material . . . ." Civil L.R. 79-5(b). Courts have found that "confidential business information" in the form of "license agreements, financial terms, details of confidential licensing negotiations, and business strategies" satisfies the "compelling reasons" standard. *See In re Qualcomm Litig.*, No. 3:17-cv-0108-GPC-MDD, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017) (observing that sealing such information "prevent[ed] competitors from gaining insight into the parties' business model and strategy"); *Finisar Corp. v. Nistica, Inc.*, No. 13-cv-03345-BLF (JSC), 2015 WL 3988132, at *5 (N.D. Cal. June 30, 2015).

Records attached to nondispositive motions must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure, as such records "are often unrelated, or only tangentially related, to the underlying cause of action." *See Kamakana*, 447 F.3d at 1179–80 (quotations omitted). This requires a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002); *see also* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992) (quotation omitted).

**II.    DISCUSSION**

Because the parties seek to seal portions and documents which pertain to summary judgment motions, the Court applies the compelling reasons standard to these documents. The Court applies the lower good cause standard for those documents related to the parties' *Daubert*

2

1 motions.

2 As indicated in the table below, the only proffered justification for sealing many of the
3 documents is that the information was designated as "confidential" or "confidential – attorneys'
4 eyes only" by either Plaintiff or Defendant pursuant to the parties' protective order. But a
5 designation of confidentiality is not sufficient to establish that a document is sealable. *See* Civ. L.
6 R. 79-5(d)(1)(A). "Confidential" is merely the parties' initial designation of confidentiality to
7 establish coverage under the stipulated protective order. *See Verinata Health, Inc. v. Ariosa*
8 *Diagnostics, Inc.*, No. 12-cv-05501-SI, 2015 WL 5117083, at *5 (N.D. Cal. Aug. 31, 2015) ("But
9 good cause 'cannot be established simply by showing that the document is subject to a protective
10 order or by stating in general terms that the material is considered to be confidential'") (quoting
11 *Bain v. AstraZeneca LP*, No. 09-cv-4147, 2011 WL 482767, at *1 (N.D. Cal. Feb. 7, 2011)).
12 Thus, many of the parties' motions do not comply with Civil Local Rule 79-5(d)(1)(A). In
13 addition, in many instances the designating party for the materials did not comply with Civil Local
14 Rule 79-5(e)(1), because they did not file a declaration within four days of the motion. *See* Civ.
15 L.R. 79-5(e)(1). The Court finds that sealing is not warranted as to those documents. The parties
16 also appear to have omitted some exhibits, either as public or under seal versions, so the Court
17 could not make a determination about whether sealing is warranted in those circumstances.

18 Nevertheless, the Court finds that as to the remaining documents, the parties have narrowly
19 tailored their requested redactions to confidential and proprietary business, sales, or licensing
20 information, including the identities of the customers who subscribe to Defendant's database and
21 Defendant's financial performance and company strategy. The public release of these documents
22 could give non-party competitors an unfair advantage in the development or marketing of rival
23 products. *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (ordering sealing where
24 documents could be used "'as sources of business information that might harm a litigant's
25 competitive standing'") (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).
26 Thus, the Court finds that the parties have in those circumstances established either compelling
27 reasons or good cause to grant the motions to file under seal. *See, e.g.*, *Linex Techs., Inc. v.*
28 *Hewlett-Packard Co.*, No. C 13-159 CW, 2014 WL 6901744 (N.D. Cal. Dec. 8, 2014); *Apple Inc.*

United States District Court
Northern District of California

1  *v. Samsung Elecs. Co., Ltd.*, No. 11-CV-01846-LHK, 2012 WL 6115623 (N.D. Cal. Dec. 10,
2  2012).

| Docket No. Public /(Sealed) | Document | Portion(s) Sought to be Sealed | Ruling |
|---|---|---|---|
| **Dkt. No. 167 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 168/ (167-5) | Defendant's Motion for Summary Judgment | Excerpts | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 170/ (167-9) | Motion to Exclude the Purported Expert Report and Testimony of Norman Smith | Excerpts | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 169/ (167-7) | Motion to Exclude the Purported Testimony of Kevin Gorospe | Excerpts | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-8/ (167-12) | Exhibit H to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-9/ (167-13) | Exhibit I to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-11/ (167-14) | Exhibit K to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-12/ (167-15) | Exhibit L to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

4

| Dkt. No. 171-13/ (167-16) | Exhibit M to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
|---|---|---|---|
| Dkt. No. 171-14/ (167-17) | Exhibit N to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-15/ (167-18) | Exhibit O to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-16/ (167-19) | Exhibit P to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-17/ (167-20) | Exhibit Q to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-18/ (167-21) | Exhibit R to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-19/ (167-22) | Exhibit S to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| | | | Testimony |
| Dkt. No. 171-20/ (167-23) | Exhibit T to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-21/ (167-24) | Exhibit U to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-22/ (167-25) | Exhibit V to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-23/ (167-26) | Exhibit W to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-26/ (167-27) | Exhibit Z to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-29/ (167-28) | Exhibit CC to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-39/ (167-29) | Exhibit MM to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

6

| | | | |
|---|---|---|---|
| | | | to Strike Expert Testimony |
| Dkt. No. 171-41/ (167-29) | Exhibit OO to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| Dkt. No. 171-43/ (167-30) | Exhibit QQ to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Excerpts | **GRANTED** (Contains proprietary business information about Defendant's subscribers. *See* Dkt. No. 167-2.) |
| Dkt. No. 171-44/ (167-31) | Exhibit RR to the Declaration of Ravi V. Sitwala in Support of Defendant's Motions for Summary Judgment and to Strike Expert Testimony | Entire Document | **GRANTED IN PART and DENIED IN PART** (Pages 14 and 15 contain proprietary business information about Defendant's subscribers. However, no supporting declaration filed as to the rest of the document. *See* Civ. L.R. 79-5(e)(1).) |
| **Dkt. No. 179 – GRANTED IN PART and DENIED IN PART** | | | |
| Dkt. No. 180/ (179-2) | | Page 4:13–17 Page 5:2–21 Page 6:3–6, 12–25 Page 7:1–12, 17–28 Page 8:1–6 Page 12:11–13 Page 15:5–17, 20–23 Page 16:1–8, 1–28 Page 17:1, 4–7, 11–16 Page 20:2 Page 22:3–28 Page 23:1–9 Page 24:1–4, 14–28 Page 25:1–7 Page 26:1–26 Page 27:1–4 Page 30:15–17 | **GRANTED** (Contains proprietary business information about Defendant's subscribers. *See* Dkt. Nos. 184, 185.) |

| | | | |
|---|---|---|---|
| | | Page 33:8–9, 28<br>Page 34:1–23 | |
| (179-3) | Exhibit 2 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-4) | Exhibit 3 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-5) | Exhibit 8 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Plaintiff's contracts with third parties. *See* Dkt. No. 179-1.) |
| (179-6) | Exhibit 9 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Plaintiff's contracts with third parties. *See* Dkt. No. 179-1.) |
| (179-7) | Exhibit 10 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Plaintiff's contracts with third parties. *See* Dkt. No. 179-1.) |
| (179-8) | Exhibit 11 to the Declaration of Benjamin M. Mundel in Support of | Entire Document | **GRANTED** (Contains proprietary business information |

United States District Court
Northern District of California

|  |  |  |  |
|---|---|---|---|
|  | Plaintiff's Opposition to the Motion for Summary Judgment |  | about Plaintiff's contracts with third parties. *See* Dkt. No. 179-1.) |
| N/A | Exhibit 12 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No public or sealed version of the document for review.) |
| (179-9) | Exhibit 13 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Plaintiff's contracts with third parties. *See* Dkt. No. 179-1.) |
| (179-10) | Exhibit 16 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-11) | Exhibit 17 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Defendant's subscribers. *See* Dkt. Nos. 184, 191.) |
| (179-12) | Exhibit 18 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Defendant's financial performance and company strategy. *See* Dkt. No. 184.) |
| (179-13) | Exhibit 19 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| (179-14) | Exhibit 20 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-15) | Exhibit 21 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers and regarding customer contracts. *See* Dkt. Nos. 184, 185.) |
| (179-16) | Exhibit 22 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-17) | Exhibit 23 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-18) | Exhibit 24 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-19) | Exhibit 25 to the | Entire Document | **GRANTED IN** |

|   |   |   |   |
|---|---|---|---|
|   | Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment |   | **PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-20) | Exhibit 28 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-21) | Exhibit 29 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-22) | Exhibit 30 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-23) | Exhibit 32 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-24) | Exhibit 33 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information relating to the operations of Defendant. *See* Dkt. Nos. 90, 184, 185.) |
| (179-25) | Exhibit 34 to the Declaration of Benjamin | Entire Document | **DENIED** (No supporting |

| | | | |
|---|---|---|---|
| | M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | | declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-26) | Exhibit 35 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| N/A | Exhibit 36 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No public or sealed version of the document for review.) |
| (179-27) | Exhibit 37 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-28) | Exhibit 39 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-29) | Exhibit 40 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. |

| | | | |
|---|---|---|---|
| | | | Nos. 184, 185.) |
| (179-30) | Exhibit 41 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-31) | Exhibit 42 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-32) | Exhibit 48 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-33) | Exhibit 49 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-34) | Exhibit 51 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-35) | Exhibit 52 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-36) | Exhibit 53 to the | Entire Document | **GRANTED IN** |

| | | | |
|---|---|---|---|
| | Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | | **PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-37) | Exhibit 54 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-38) | Exhibit 55 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-39) | Exhibit 56 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-40) | Exhibit 57 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains |

| | | | |
|---|---|---|---|
| | Judgment | | proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-41) | Exhibit 58 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-42) | Exhibit 59 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-43) | Exhibit 60 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information and survey responses with demographic information. *See* Dkt. No. 179-1.) |
| (179-44) | Exhibit 61 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |
| (179-45) | Exhibit 63 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information |

| | | | |
|---|---|---|---|
| | | | identifying Defendant's customers.  *See* Dkt. Nos. 184, 185.) |
| (179-46) | Exhibit 64 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed.  *See* Civ. L.R. 79-5(e)(1).) |
| (179-47) | Exhibit 65 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed.  *See* Civ. L.R. 79-5(e)(1).) |
| (179-48) | Exhibit 66 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed.  *See* Civ. L.R. 79-5(e)(1).) |
| (179-49) | Exhibit 67 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers.  *See* Dkt. Nos. 184, 185.) |
| (179-50) | Exhibit 68 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed.  *See* Civ. L.R. 79-5(e)(1).) |
| (179-51) | Exhibit 69 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's |

| | | | |
|---|---|---|---|
| | | | customers.  *See* Dkt. Nos. 184, 185.) |
| (179-52) | Exhibit 72 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Defendant's contracts with third-party customers.  *See* Dkt. Nos. 184, 185.) |
| (179-53) | Exhibit 73 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Defendant's contracts with third-party customers.  *See* Dkt. Nos. 184, 185.) |
| (179-54) | Exhibit 74 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Defendant's contracts with third-party customers.  *See* Dkt. Nos. 184, 185.) |
| (179-55) | Exhibit 75 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED** (Contains proprietary business information about Defendant's contracts with third-party customers.  *See* Dkt. Nos. 184, 185.) |
| (179-56) | Exhibit 78 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **DENIED** (No supporting declaration filed.  *See* Civ. L.R. 79-5(e)(1).) |
| (179-57) | Exhibit 79 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers.  *See* Dkt. Nos. 184, 185.) |
| (179-58) | Exhibit 80 to the | Entire Document | **GRANTED IN** |

17

|   |   |   |   |
|---|---|---|---|
|   | Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment |   | **PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-59) | Exhibit 81 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-60) | Exhibit 82 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-61) | Exhibit 83 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |
| (179-62) | Exhibit 84 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary | Entire Document | **DENIED** (No supporting declaration filed. *See* Civ. L.R. 79-5(e)(1).) |

| | | | |
|---|---|---|---|
| (179-63) | Exhibit 85 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment | Entire Document | **GRANTED IN PART and DENIED IN PART** (Granted only as to the text that contains proprietary business information identifying Defendant's customers. *See* Dkt. Nos. 184, 185.) |

### III. CONCLUSION

The Court **GRANTS IN PART** and **DENIES IN PART** the parties' administrative motions to file under seal.  Pursuant to Civil Local Rule 79-5(f)(1), documents filed under seal as to which the administrative motions are granted will remain under seal.  The Court **DIRECTS** the parties to file public versions of all documents for which the proposed sealing has been denied, as indicated in the chart above, within seven days from the date of this order.

**IT IS SO ORDERED.**

Dated:   6/1/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge