1  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street
3  Suite 2000
   San Francisco, CA 94104
4  Telephone: +1 415 772 1200
   Facsimile: +1 415 772 7400
5
   Benjamin M. Mundel (*pro hac vice*)
6  bmundel@sidley.com
   Jacquelyn E. Fradette (*pro hac vice*)
7  jfradette@sidley.com
   Daniel J. Hay (*pro hac vice*)
8  dhay@sidley.com
   SIDLEY AUSTIN LLP
9  1501 K St NW
   Washington, DC 20005
10 Telephone: +1 202 736 8157
   Facsimile: +1 202 736 8711
11
   Attorneys for Plaintiff
12 EXELTIS USA, INC.

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXELTIS USA, INC., a New Jersey Corporation,  Plaintiff,  vs.  FIRST DATABANK, INC., a Missouri Corporation,  Defendant. | Case No.  4:17-cv-04810-HSG  [~~PROPOSED~~] ORDER. |

1      Ryan M. Sandrock seeks to withdraw as counsel for Plaintiffs in the above-captioned
2 litigation pursuant to Civil Local Rule 11-5(a).  As this Court finds Mr. Sandrock has submitted
3 satisfactory reasoning for withdrawal and that permitting her withdrawal will not cause substantial
4 prejudice or delay to any party, IT IS HEREBY ORDERED that Ryan M. Sandrock is relieved as
5 counsel for Plaintiffs in this proceeding.

Date: ____6/2/2020_____

*Haywood S. Gilliam, Jr.*

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge