1  THOMAS R. BURKE (State Bar No. 141930)
      thomasburke@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111-6533
   Telephone:  (415) 276-6500
4  Facsimile:   (415) 276-6599

5  JONATHAN R. DONNELLAN (pro hac vice)
       jdonnellan@hearst.com
6  RAVI V. SITWALA (pro hac vice)
       rsitwala@hearst.com
7  NATHANIEL S. BOYER (pro hac vice)
       nathaniel.boyer@hearst.com
8  SARAH S. PARK (pro hac vice)
       sarah.park@hearst.com
9  **THE HEARST CORPORATION**
   300 West 57th Street
10 New York, New York 10019-3792
   Telephone: (212) 841-7000
11 Facsimile:  (212) 554-7000
   Attorneys for Defendant
12 FIRST DATABANK, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EXELTIS USA, INC., | Case No. 4:17-cv-04810-HSG |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| vs. | |
| FIRST DATABANK, INC., | |
| Defendant. | |

Having considered the papers submitted in support of Defendant's Motion for Leave to File Motion for Reconsideration of the Court's June 1, 2020 order granting in part and denying in part the motions to seal, and the arguments of counsel, *see* ECF No. 207, as it relates to Exhibit 36 to the Declaration of Benjamin M. Mundel in Support of Plaintiff's Opposition to the Motion for Summary Judgment ("Exhibit 36"), the Motion is hereby **GRANTED**. Plaintiff Exeltis USA, Inc. is granted leave to file Exhibit 36 under seal, with the direction that Plaintiff publicly file a version of Exhibit 36 with text that contains proprietary business information identifying Defendant's customers redacted.

**IT IS SO ORDERED**.

Dated:    6/9/2020

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE